Prepared by State Reporter from Appeal Papers

LEMUEL CARO, Respondent, *v.* PROGRESSIVE GROCERY STORES, INC., Appellant.

*Negligence — motor vehicles — right of way — injury from collision between ambulance and motor truck.*

*Caro* v. *Progressive Grocery Stores, Inc.*, 220 App. Div. 731, affirmed.

(Argued October 26, 1927; decided November 22, 1927.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 19, 1927, affirming a judgment in favor of plaintiff entered upon a verdict in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant. Plaintiff, an interne in the New Rochelle Hospital, was injured as the result of a collision between the ambulance on which he was riding and a motor truck belonging to defendant.

*George F. Hickey* and *Alfred W. Andrews* for appellant.

*Charles D. Lewis, John Ambrose Goodwin* and *Thomas J. O' Neill* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, ANDREWS, LEHMAN, KELLOGG and O'BRIEN, JJ.

---

ROBERT S. BENDELL, Appellant, *v.* LEW FISHER, Respondent.

*Principal and agent — commissions — action by real estate broker to recover commissions from purchaser of property — failure of proof that plaintiff had produced person able and willing to sell.*

*Bendell* v. *Fisher*, 219 App. Div. 498, affirmed.

(Argued October 26, 1927; decided November 22, 1927.)

APPEAL from a judgment, entered March 9, 1927, upon an order of the Appellate Division of the Supreme Court in the third judicial department, reversing a judgment in favor of plaintiff entered upon a verdict and directing a dismissal of the complaint. The action was to recover